FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 14 2005 ★
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS MARTONE, WAYNE MASKIELL, MICHAEL DRAGONE, PETER MUSCHTER, THOMAS MILLER and CHARLES LAMANTIA, as Trustees of the UNITED UNION OF ROOFERS, WATERPROOFERS AND ALLIED WORKERS LOCAL 154 WELFARE, PENSION, ANNUITY and APPRENTICESHIP AND TRAINING FUNDS,<br><br>Plaintiffs,<br><br>-against-<br><br>TWIG ROOFING, INC. and NOVA CASUALTY COMPANY,<br><br>Defendants. | 05 Civ. 550 (ARR)<br><br>**DEFAULT JUDGMENT** |

The summons and Complaint in this action having been duly served on the above-named defendant Twig Roofing, Inc., and said defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed affidavit of default judgment.

NOW, on the motion of Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, attorneys for plaintiffs, it is hereby

ORDERED AND ADJUDGED, that plaintiffs NICHOLAS MARTONE, WAYNE MASKIELL, MICHAEL DRAGONE, PETER MUSCHTER, THOMAS MILLER and CHARLES LAMANTIA, as Trustees of the UNITED UNION OF ROOFERS, WATERPROOFERS AND ALLIED WORKERS LOCAL 154 WELFARE, PENSION, ANNUITY and APPRENTICESHIP AND TRAINING FUNDS, do recover of TWIG ROOFING, INC., the defendant residing at 2075 Ninth Avenue, Ronkonkoma,

New York 11779, the sum of $20,720.04 for delinquent contributions, plus the interest thereon in the amount of $2,107.28, liquidated damages in the sum of $2,072.00, attorneys' fees in the sum of $4,050.00, and court fee in the sum of $150.00, amounting in all to the sum of $29,099.32, plus interest at the legal rate in effect on the date of this judgment; and that the plaintiffs have execution therefor.

Judgment dated:

October 12, 2005        By: _____